# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2012

144430-2

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

TAD MALPASS and BRENDA L. MALPASS,
      Plaintiffs-Appellants,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee.

SC: 144430
COA: 299057
Court of Claims: 08-000065-MT

_____/

TRACY MALPASS and BRENDA K. MALPASS,
      Plaintiffs-Appellants,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee.

SC: 144431
COA: 299058
Court of Claims: 08-000066-MT

_____/

FRED MALPASS and BARBARA MALPASS,
      Plaintiffs-Appellants,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee.

SC: 144432
COA: 299059
Court of Claims: 08-000067-MT

_____/

On order of the Court, the application for leave to appeal the December 6, 2011 judgment of the Court of Appeals is considered, and it is GRANTED.

We further ORDER that this case be argued and submitted to the Court together with the cases of *Wheeler Estate v Department of Treasury* (Docket Nos. 145367-70), at such future session of the Court as the cases are ready for submission.

The Taxation Section of the State Bar of Michigan is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2012

_____
Clerk

p0927